```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
IN RE PRETIUM RESOURCES INC.                             :   Master File No. 13 Civ. 7552 (VSB)
SECURITIES LITIGATION,                                   :
                                                         :                ORDER
---------------------------------------------------------X
This Document Relates to All Actions:
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2014

VERNON S. BRODERICK, United States District Judge:

The Court having received Plaintiffs' Consolidated Amended Complaint, it is hereby ORDERED as follows:

I.  RELATED CASES

Case numbers 1:13 Civ 7556 (VSB), 1:13 Civ 7660 (VSB), 1:13 Civ 8170 (VSB), and 1:13 Civ 8231 (VSB) are consolidated with this action, and therefore closed.

II.  CAPTION

Every pleading filed in this action, and in any separate action subsequently included therein, shall bear the above caption.

III.  NEWLY FILED OR TRANSFERRED ACTIONS

1. When a class action that relates to the same subject matter as this action is hereafter filed in or transferred to this Court and assigned to the undersigned, it shall be consolidated with this action (provided that any case transferred to this Court solely for pretrial proceedings shall be consolidated only to that extent absent further order of this Court), and the Clerk of Court shall:

    a. File a copy of this Order in the separate file for such action.

    b. Mail a copy of the Order of assignment of counsel for plaintiffs and counsel for each defendant in the consolidated actions.

    c. Make an appropriate entry in the Docket.

    d. Mail to the attorneys for the plaintiff(s) in the newly filed or transferred case a copy of this Order.

    e. Upon the first appearance of any new defendant(s), mail to the attorneys for such defendant(s) in such newly filed or transferred case a copy of this Order.

    2. The Clerk shall maintain a separate file for each of the consolidated actions and filings shall be made therein in accordance with the regular procedures of the Clerk of this Court except as modified by this Order.

    3. The Court requests the assistance of counsel in calling to the attention of the Clerk the filing or transfer of any case which might properly be consolidated with this Action.

IV.    APPLICATION OF THIS ORDER TO SUBSEQUENT CASES

    1. This Order shall apply to each class action assigned to the undersigned alleging claims similar to those set forth in this action against Defendant Pretium Resources Inc. and others.

    2. This Order shall apply to each such case which is subsequently filed in or transferred to this Court, and which is assigned to the undersigned unless a party objecting to the consolidation of that case or to any other provision of this Order serves an application for relief from this Order or from any of its provisions within ten (10) days after the date on which the Clerk mails a copy of this Order to counsel for that party.

    3. The provisions of this Order shall apply to such action pending the Court's ruling on the application.

    4. Unless a plaintiff in a subsequently filed or transferred case is permitted by the Court to use a separate complaint, defendants shall not be required to answer, plead or otherwise move with respect to that complaint in any such case.

    5. If a plaintiff in any such case is permitted to use a separate complaint, each defendant shall have thirty (30) days from the date the Court grants such permission within which to answer, plead or otherwise move with respect to any such complaint.

V.    SCHEDULE

If either party intends to file any motions, the moving party must submit a letter, not to exceed three (3) pages, setting forth the basis for the anticipated motion on or before April 9, 2014. The opposing party must also submit a letter, not to exceed three (3) pages, setting forth its position by April 14, 2014.

SO ORDERED.

Dated:    March 25, 2014
           New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge