AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| In re PRETIUM RESOURCES INC. SEC. LITIG. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 13-cv-7552-VSB |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lead Plaintiffs, The Pretium Investor Group, and Plaintiff Michael Yeo.

Date:   09/18/2015

s/Michele S. Carino
*Attorney's signature*

Michele S. Carino    3046620
*Printed name and bar number*

POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
*Address*

mcarino@pomlaw.com
*E-mail address*

(212) 661-1100
*Telephone number*

(212) 661-8665
*FAX number*